UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Jared Rhodes,<br><br>                    Plaintiff,<br>v.<br><br>ICare Financial,<br><br>                    Defendant. | Civil Action No.:  1:19-cv-04784-WMR |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 13, 2020

                                                Respectfully submitted,

                                                By: /s/ Sergei Lemberg, Esq.
                                                Attorney Bar No.: 598666
                                                Attorney for Plaintiff
                                                LEMBERG LAW L.L.C.
                                                43 Danbury Road, Third Floor

        Wilton, CT 06897
        Telephone: (203) 653-2250 ext. 5500
        Facsimile:   (203) 653-3424
        Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg