UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Jared Rhodes,<br><br>                    Plaintiff,<br><br>     v.<br><br>ICare Financial,<br><br>                    Defendant. | Civil Action No.:<br>1:19-cv-04784-WMR |

**PLAINTIFF JARED RHODES'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Jared Rhodes, through counsel, hereby withdraws the complaint and voluntarily dismisses this action without prejudice.

Dated: March 11, 2020

                                                                                                 Respectfully submitted,

                                              /s/  Sergei Lemberg, Esq.
                                              Attorney Bar No.: 598666
                                              Attorney for Plaintiff Jared Rhodes
                                              LEMBERG LAW, L.L.C.
                                              43 Danbury Road, 3rd Floor
                                              Wilton, CT 06897
                                              Telephone: (203) 653-2250
                                              Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, a true and correct copy of the foregoing Notice Of Voluntary Dismissal Without Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Sergei Lemberg
Georgia Bar No. 598666
Attorney for Plaintiffs

LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424