UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Jared Rhodes,<br><br>    Plaintiff,<br>v.<br><br>ICare Financial,<br><br>    Defendant. | Civil Action No.:<br>1:19-cv-04784-WMR |

**PLAINTIFF JARED RHODES'S NOTICE OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Jared Rhodes, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: June 8, 2020

                                Respectfully submitted,

                                /s/ Sergei Lemberg, Esq.
                                Attorney Bar No.: 598666
                                Attorney for Plaintiff Jared Rhodes
                                LEMBERG LAW, L.L.C.
                                43 Danbury Road, 3rd Floor
                                Wilton, CT 06897
                                Telephone: (203) 653-2250
                                Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2020, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Sergei Lemberg
Georgia Bar No. 598666
Attorney for Plaintiffs

LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424